No. 72–1176. North Dakota State Board of Pharmacy v. Snyder's Drug Stores, Inc. Sup. Ct. N. D. Certiorari granted.

No. 72–1188. Richardson, Secretary of Defense, et al. v. Reservists Committee to Stop the War et al. C. A. D. C. Cir. Certiorari granted.

No. 72–777. Cleveland Board of Education et al. v. LaFleur et al. C. A. 6th Cir. Motion to dispense with printing petitioners' supplemental brief granted. Certiorari granted and case set for oral argument with No. 72–1129 [immediately *infra*].

No. 72–1129. Cohen v. Chesterfield County School Board et al. C. A. 4th Cir. Certiorari granted and case set for oral argument with No. 72–777 [immediately *supra*].

No. 72–1052. Morton, Secretary of the Interior v. Ruiz et ux. C. A. 9th Cir. Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted.

No. 72–1148. Cupp, Penitentiary Superintendent v. Naughten. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 72–1012. Parks v. Mississippi. Sup. Ct. Miss. Certiorari denied.

No. 72–1077. Walters v. United States. C. A. 6th Cir. Certiorari denied.

No. 72–1092. Cassity v. United States. C. A. 6th Cir. Certiorari denied.